Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: mhigbee@higbeeassociates.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD SMITH, | ) Case No.: 2:19-cv-01709 |
| Plaintiffs, | ) |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) **WITHOUT PREJUDICE** |
| USAA SAVINGS BANK, | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

HAROLD SMITH (Plaintiff), by and through his attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dismissal of Actions-Voluntary Dismissal by Plaintiff Without Court Order) voluntarily dismisses the above captioned matter without prejudice, each party to bear their own fees and costs.

Respectfully submitted the 23rd day of October 2019.

By: */s/ Mathew Higbee*
Mathew Higbee, Bar #: 11158
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: Mhigbee@higbeeassociates.com
Attorney for Plaintiff, HAROLD SMITH

1

## CERTIFICATE OF SERVICE

I hereby certify that, on October 23, 2019, the foregoing Notice of Voluntary Dismissal Without Prejudice was filed with the court using the CM/ECF system, a copy will be sent via U.S. Mail to:

USAA Savings Bank
3773 Howard Hughes Pkwy
Las Vegas, NV 89169
<u>Registered Agent:</u>
CSC Services of Nevada
112 N. Curry St.
Carson City, NV 89703

By: */s/ Mathew Higbee*
Mathew Higbee, Bar #: 11158
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: Mhigbee@higbeeassociates.com
Attorney for Plaintiff, HAROLD SMITH